No. 957. BRYARLY *v.* INDIANA. February 17, 1947. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 959. UNITED STATES EX REL. GOLLEHUR *v.* RAGEN, WARDEN. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Knox County, Illinois, denied.

No. 962. MARCINKOWSKI *v.* NEW YORK. February 17, 1947. Petition for writ of certiorari to the Supreme Court, Erie County, New York, denied.

No. 963. HAYES *v.* RAGEN, WARDEN. February 17, 1947. Petition for writ of certiorari to the Supreme Court of Illinois and the Criminal Court of Cook County, Illinois, denied.

No. 965. MAKOWSKI *v.* BENSON, WARDEN. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

No. 977. GRECO *v.* MISSOURI. February 17, 1947. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 978. EASTER *v.* RAGEN, WARDEN. February 17, 1947. Petition for writ of certiorari to the Circuit Court of Franklin County, Circuit Court of Will County, and Supreme Court of Illinois, denied.